IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK E. ACIERNO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 92-384-SLR |
| | ) |
| MICHAEL MITCHELL and | ) |
| NEW CASTLE COUNTY, | ) |
| | ) |
| Defendants. | ) |

**RETURN OF EXHIBITS**

The Clerk of Court hereby returns plaintiff Frank Acierno's evidentiary hearing held April 29 and 30, 1993 to counsel or his representative.

Receipt of the exhibits is acknowledged by:

_____
For Neal Levitsky, Esq.

Date: September 21, 2007

Returned by: _____, Deputy Clerk

FILED
2007 SEP 24  PM 1:58
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE